UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Kaars Incorporation | Case No.: 16-22015<br><br>Chapter: 11<br><br>Hearing Date: October 17, 2017<br><br>Judge: Kathryn C. Ferguson |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:   DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after   October 17, 2017   unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:      October 17, 2017
Time:      2:00 p.m.
Location:  US Bankruptcy Court - Courtroom 2
           402 East State Street
           Trenton, NJ 08608

DATED:  September 18, 2017                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-22015-KCF
Kaars Incorporation                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 18, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db            +Kaars Incorporation,    2-70 Parker Avenue,    Trenton, NJ 08609-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Benjamin  Teich   on behalf of U.S. Trustee    U.S. Trustee. Benjamin.Teich@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Janet  Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,
               ksantiago@egclawfirm.com
              Jeffrey Thomas Testa    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Mitchell D Cohen    on behalf of Creditor    Komatsu Financial LLC Mcohen@vedderprice.com,
               agelman@vedderprice.com,ecfnydocket@vedderprice.com,schen@vedderprice.com,
               mmulcahy@vedderprice.com,msvalina@vedderprice.com
              Scott E. Kaplan    on behalf of Debtor    Kaars Incorporation scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
              Scott J. Freedman    on behalf of Creditor    Eastern Lift Truck Co., Inc. sfreedman@dilworthlaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8