Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−22015−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kaars Incorporation
   aka Quality Auto
   2−70 Parker Avenue
   Trenton, NJ 08609

Social Security No.:

Employer's Tax I.D. No.:
   20−2694790

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/17/17 at 02:00 PM

to consider and act upon the following:

*106* − Notice of Intention to Close Case. Hearing date if Objection filed: 10/17/2017. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 10/10/2017.Deadline to close chapter 11 case is 10/18/2017. (ghm)

Dated: 9/28/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kaars Incorporation  
    Debtor

Case No. 16-22015-KCF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2017  
                     Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.  
db          +Kaars Incorporation,    2-70 Parker Avenue,    Trenton, NJ 08609-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:

       Benjamin Teich    on behalf of U.S. Trustee    U.S. Trustee Benjamin.Teich@usdoj.gov  
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Janet Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com, ksantiago@egclawfirm.com  
       Jeffrey Thomas Testa    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com, lrestivo@mccarter.com  
       Mitchell D Cohen    on behalf of Creditor    Komatsu Financial LLC Mcohen@vedderprice.com, agelman@vedderprice.com,ecfnydocket@vedderprice.com,schen@vedderprice.com, mmulcahy@vedderprice.com,msvalina@vedderprice.com,docketing-6992@ecf.pacerpro.com  
       Scott E. Kaplan    on behalf of Debtor    Kaars Incorporation scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com  
       Scott J. Freedman    on behalf of Creditor    Eastern Lift Truck Co., Inc. sfreedman@dilworthlaw.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                           TOTAL: 8