UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Benjamin Teich
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Benjamin.Teich@usdoj.gov

**Order Filed on December 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kaars Incorporation,

Debtor.

Case No.: 16-22015 (KCF)

Chapter 11

Hearing Date: November 21, 2017 @ 2:00 pm

Judge: Kathryn C. Ferguson

## ORDER CLOSING CASE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 4, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Kaars Incorporation
Case No.: 16-22015 (KCF)
**Order Closing Case**

___

**THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the Clerk of the Bankruptcy Court, and the parties having agreed to the order below, and for other good cause shown, it is hereby;

**ORDERED** that the case be closed; and it is further

**ORDERED** that within 14 days following the entry of this Order, the Debtor shall file any and all outstanding monthly operating reports on the electronic docket, shall file any and all outstanding quarterly operating reports on the electronic docket, shall file any and all outstanding distribution reports on the electronic docket, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that if the Debtor fails to comply, upon submission of a certificate of default by the United States Trustee with 5 days' notice to the Debtor and Debtor's counsel, the case will be reopened *nunc pro tunc* to the date this Order is entered without the need for filing a separate motion to reopen the case and the case will be converted to a case under chapter 7. The Debtor consents to reopening and conversion of the case if the Debtor does not respond to the certificate of default.