UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Benjamin Teich
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Benjamin.Teich@usdoj.gov

Order Filed on December 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kaars Incorporation,

Debtor.

Case No.: 16-22015 (KCF)

Chapter 11

Hearing Date: November 21, 2017 @ 2:00 pm

Judge: Kathryn C. Ferguson

# ORDER CLOSING CASE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 4, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Kaars Incorporation
Case No.: 16-22015 (KCF)
**Order Closing Case**
_____

     **THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the Clerk of the Bankruptcy Court, and the parties having agreed to the order below, and for other good cause shown, it is hereby;

     **ORDERED** that the case be closed; and it is further

     **ORDERED** that within 14 days following the entry of this Order, the Debtor shall file any and all outstanding monthly operating reports on the electronic docket, shall file any and all outstanding quarterly operating reports on the electronic docket, shall file any and all outstanding distribution reports on the electronic docket, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

     **ORDERED** that if the Debtor fails to comply, upon submission of a certificate of default by the United States Trustee with 5 days' notice to the Debtor and Debtor's counsel, the case will be reopened *nunc pro tunc* to the date this Order is entered without the need for filing a separate motion to reopen the case and the case will be converted to a case under chapter 7. The Debtor consents to reopening and conversion of the case if the Debtor does not respond to the certificate of default.

United States Bankruptcy Court
District of New Jersey

In re:  
Kaars Incorporation  
    Debtor

Case No. 16-22015-KCF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 06, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.  
db        +Kaars Incorporation,    2-70 Parker Avenue,    Trenton, NJ 08609-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
          Benjamin Teich    on behalf of U.S. Trustee    U.S. Trustee Benjamin.Teich@usdoj.gov  
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Janet Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,  ksantiago@egclawfirm.com,econolly@egclawfirm.com  
          Jeffrey Thomas Testa    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC  jtesta@mccarter.com,  lrestivo@mccarter.com  
          Mitchell D Cohen    on behalf of Creditor    Komatsu Financial LLC Mcohen@vedderprice.com,  agelman@vedderprice.com,ecfnydocket@vedderprice.com,schen@vedderprice.com,  mmulcahy@vedderprice.com,msvalina@vedderprice.com,docketing-6992@ecf.pacerpro.com  
          Scott E. Kaplan    on behalf of Debtor    Kaars Incorporation scott@sekaplanlaw.com,  felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com  
          Scott J. Freedman    on behalf of Creditor    Eastern Lift Truck Co., Inc. sfreedman@dilworthlaw.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 8